MARCH 12, 1992

No. 91–7599 (A–684). ROBISON v. REYNOLDS, WARDEN, ET AL. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

MARCH 13, 1992

No. A–687. RICHARDS, AS NEXT FRIEND OF PENNELL v. DELAWARE COURT OFFICIALS. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied.

MARCH 14, 1992

No. A–688. PENNELL, AS NEXT FRIEND OF PENNELL v. RISLEY, ADULT BUREAU CHIEF, DELAWARE DEPARTMENT OF CORRECTION. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied.